### MESSICK CARPENTAR'S LESSEE v. REUBEN RATCLIFF.

Court of Common Pleas. April 28, 1798.

*Wilson's Red Book, 201.*

JOHNS, J. The great doubt with me is whether this would be an amendment or an alteration.

The Court opened the following cases: 2 Cromp. 198, 2 Str. 1211, and Runn.Eject.[1] 104, 105, which were not read, but obtained by me from JOHNS, J.

The Court, discovering the matter was agreed at the bar, gave no opinion. Plaintiff paid the whole costs, gave a term's delay, and had leave by consent to amend *in omnibus.*

---

[1] The reference is to the first edition, London, 1781.